

# McConville Considine Cooman & Morin p.c.
ATTORNEYS & COUNSELORS AT LAW

Peter J. Gregory, Associate
Direct Dial: (585) 512-3506
Direct Fax: (585) 512-3556
E-Mail: pgregory@mccmlaw.com

July 16, 2014

Hon. Jonathan W. Feldman
United States District Court - Western District of New York
100 State Street, Room 228
Rochester, New York 14614



**RE:** **Jean Haverson and Walter Haverson v. Aspen Dental**
**Civil Action No.: 6:14-cv-06156**

Dear Judge Feldman:

Following that status conference with the Court regarding the above-mentioned matter on June 17, 2014 and discussions between the parties, the parties respectfully request to opt-out of the Court's Alternative Dispute Resolution ("ADR") pilot program.

DATED: July 16, 2014

McCONVILLE, CONSIDINE,
COOMAN & MORIN, P.C.
*Attorneys for plaintiffs*

Peter J. Gregory, Esq.
Kevin S. Cooman, Esq.
25 East Main Street, Suite 400
Rochester, New York 14614
Telephone: (585) 546-2500
Email: pgregory@mccmlaw.com
Email: kcooman@mccmlaw.com

July 16, 2014
Page 2

DATED: July 21, 2014

                                      SUGARMAN LAW FIRM, LLP
                                      *Attorneys for defendant*

                                      Danielle Mikalajunas Fogel, Esq.
                                      211 West Jefferson Street
                                      Syracuse, NY 13202
                                      Telephone: (315) 362-8967
                                      Email: dfogel@sugarmanlaw.com

**IT IS SO ORDERED:**

                                      JONATHAN W. FELDMAN
                                      United States Magistrate Judge

DATED:     Rochester, New York
               7/28, 2014

16543.001 - #257